## MEMORANDUM DECISIONS

Abraham AINBINDER, Albert H. Ainbinder, and David Henry, Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. December 21, 1923.) No. 126. In Error to the District Court of the United States for the Southern District of New York. Goldstein & Goldstein and Townsend Scudder, all of New York City (Aiken A. Pope, of New York City, of counsel), for plaintiffs in error. William Hayward, U. S. Atty., of New York City (Victor House, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

W. F. BROWN, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fifth Circuit. January 15, 1924.) No. 4109. In Error to the District Court of the United States for the Southern District of Mississippi; Edwin R. Holmes, Judge. Marion W. Reily and R. F. Cochran, both of Meridian, Miss., for plaintiff in error. E. E. Hindman, U. S. Atty., of Jackson, Miss. (E. E. Hindman, U. S. Atty. and Chalmers Potter, Asst. U. S. Atty., both of Jackson, Miss., on the brief), for the United States. Before WALKER and BRYAN, Circuit Judges, and CALL, District Judge.

PER CURIAM. The judgment in this case is affirmed.